# IN THE US DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

RACHEL AINSWORTH, )
)
    Plaintiff, )
)
vs. ) Case No. CIV 1 1 - 4 1 8 - S P
)
UNITED STATES of AMERICA, )
ex rel. THE DEPARTMENT of )
HEALTH and HUMAN SERVICES, )
PUBLIC HEALTH SERVICES, )
INDIAN HEALTH SERVICES, and )
CHOCTAW NATION HEALTH )
CARE CENTER, )
)
    Defendants. )

FILED
NOV 21 2011
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

TO CLERK OF SAID COURT: You will please issue Summons in the above entitled cause for:

| NAME OF DEFENDANT (S) | ADDRESS | SERVE | SERVICE TO BE MADE BY WHOM AND HOW | DAYS TO ANSWER |
|---|---|---|---|---|
| United States of America, ex rel., The Department of Health and Human Services, Public Health Services | 950 Pennsylvania Ave., NW, Washington, DC 20530 | Eric Holder, Jr., US Attorney General | Certified/Return Receipt Prepaid US Mail | 60 |
| United States of America, ex rel., The Department of Health and Human Services, Public Health Services | 1200 West Okmulgee Muskogee, OK 74401 | Mark F. Green, US Attorney | Certified/Return Receipt Prepaid US Mail | 60 |
| Indian Health Services and Choctaw Nation Health Care Center | 5 Corporate Plaza, 3625 NW 56th Street, Oklahoma City, OK 73112 | Dale Keel, Director | Certified/Return Receipt Prepaid US Mail | 21 |
| | | | | |

and make the same returnable according to law.

#1

a) SERVE: Secretary of State;
Commissioner of Insurance;
Service Agent: Officer: Partner

JEFF BELOTE, OBA #12213
Attorney for Plaintiff

b) DAYS TO ANSWER:

20 days from date of service;
41 days from date of issuance;
45 to 60 days from date of issuance (Out of State Motorists "Long Arm Statute")
60 days from date of service for United States

*/s/ Belote*
(Signature)

P.O. BOX 1910, 1308 E. Wade Watts, Ste.C
Address

McAlester, Oklahoma    74502
City & State           Zip Code

### Certificate of Service

I hereby certify that on this __21__ day of November, 2011, I mailed a true and correct copy of the above and foregoing instrument by first class mail with sufficient postage fully prepaid thereon to the following:

Eric Holder, Jr., US Attorney General
The Department of Health and
Human Services, Public Health Services
950 Pennsylvania Ave. NW
Washington, DC 20530

Sheldon Sperling, US Attorney
1200 West Okmulgee
Muskogee, OK 74401

Indian Health Services
Dale Keel, Director
5 Corporate Plaza
3625 NW 56th Street
Oklahoma City, OK 73112

*/s/ Belote*
Jeff Belote, Attorney