IN THE US DISTRICT COURT FOR THE EASTERN DISTRICT
OF OKLAHOMA

| | | |
|---|---|---|
| RACHEL AINSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV 11-418-SPS |
| UNITED STATES of AMERICA | ) | |
| ex rel. THE DEPARTMENT of | ) | |
| HEALTH and HUMAN SERVICES, | ) | |
| PUBLIC HEALTH SERVICES, | ) | |
| INDIAN HEALTH SERVICES, and | ) | |
| CHOCTAW NATION HEALTH | ) | |
| CARE CENTER, and CHOCTAW | ) | |
| NATION HEALTH SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S PRETRIAL DISCLOSURES

To: DEFENDANT, United States of America, through its attorney of record, Susan Stidham Brandon: Asst. US Attorney, 1200 West Okmulgee Street, Muskogee, OK 74401.

Plaintiff, Rachel Ainsworth, makes these pretrial disclosures as required by Federal Rule of

Civil Procedure 26(a)(3).

### A. Witnesses

1. Plaintiff expects to call the following witnesses at trial:

   a. Plaintiff, Rachel Ainsworth

   b. Dixie Hammonds

   c. Sally L. Gaines, MSN, RN
      6007 Linden Lane
      Amarillo, TX 79106

   d. Dr. Medhi Adham
      Southwest Orthopedics
      8100 S. Walker

Oklahoma City, OK 73139

e. Nathaniel Perryman Collins, JR., M.D.
15611 Kellan Ct.
Cypress, TX 77429
(713)410-5965

f. (Employees at CNH)
Dr. Floyd K. Goodman, M.D.
N. Arnold, RN
L. Noggle, LPN
A.Murdock, RN
Marty Vaughn, RN
S. White, R.N.
Choctaw Nation Hospital
1 Choctaw Way
Talihina, OK 74571
(918) 567-7000

g. All witnesses produced by Defendant

   *Plaintiff reserves the right to amend this witness list.

2. Plaintiff may call the following witnesses if the need arises:

   An Economist to be named at a later date.

## B. Depositions

3. Plaintiff expects to call the following witnesses by deposition:

a. Plaintiff, Rachel Ainsworth

b. Dixie Hammonds

c. Sally L. Gaines, MSN, RN
6007 Linden Lane
Amarillo, TX 79106

d. Dr. Medhi Adham
   Southwest Orthopedics
   8100 S. Walker
   Oklahoma City, OK 73139

e. Nathaniel Perryman Collins, JR., M.D.
   15611 Kellan Ct.
   Cypress, TX 77429
   (713)410-5965

f. (Employees at CNH)
   Dr. Floyd K. Goodman, M.D.
   N. Arnold, RN
   L. Noggle, LPN
   A.Murdock, RN
   Marty Vaughn, RN
   S. White, R.N.
   Choctaw Nation Hospital
   1 Choctaw Way
   Talihina, OK 74571
   (918) 567-7000

g. All witnesses produced by Defendant

   *Plaintiff reserves the right to amend this witness list.

## C. Exhibits

5. Plaintiff expects to offer the following exhibits:

   Plaintiff's medical records

   Plaintiff's earning / financial statements

6. Plaintiff may offer the following exhibits if the need arises:

   Depositions of witnesses

   Medical Expert's report

RACHEL AINSWORTH,

Petitioner,

BY: _____
Jeff Belote, OBA#12213
PO Box 1910
McAlester, OK 74502
(918) 423-3344
(918) 423-3349 fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2012, I electronically filed the foregoing "Plaintiff's Rule 26 Disclosures" with the Clerk of the Court using the EFC system. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants: Susan Stidham Brandon, Attorney for the United States of America, Assistant United States Attorney, email: Susan.Brandon@usdoj.gov

_____
Jeff Belote
Attorney for Plaintiff