# IN THE US DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| RACHEL AINSWORTH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CIV 11-418-RAW |
| UNITED STATES of AMERICA, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## PLAINTIFF'S, RACHEL AINSWORTH, FINAL WITNESS LIST

**COMES NOW,** the Plaintiff, Rachel Ainsworth, by and through her attorney, Jeff Belote, and hereby submits her Final Witness List as follows:

## WITNESS LIST

| No. | Name/Address | Substance of Testimony |
|---|---|---|
| 1. | Rachel Ainsworth<br>c/o Jeff Belote, Esq.<br>PO Box 1910<br>McAlester, OK 74502 | Will testify as to the facts and circumstances regarding the treatment and care she received, as well as injuries and damages. |
| 2. | Dixie Hammonds<br>401 North Main Street<br>Hugo, OK 74743 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 3. | Tracy Garrison<br>HC 70 Box 247<br>Boswell, OK 74727 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 4. | Ciarra Ainsworth<br>HC 70 Box 247<br>Boswell, OK 74727 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 5. | Brice Thomas<br>HCR 70 Box 251<br>Boswell, OK 74727 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 6. | Glenda Roberson<br>HCR 70 Box 250<br>Boswell, OK 74727 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |

| 7. | Sally Gaines, MSN, RN<br>6007 Linden Lane<br>Amarillo, TX 79106 | | Expert witness will testify regarding the nursing standard of care and causation. |
|---|---|---|---|
| 8. | Dr. Medhi Adham<br>Integris Baptist Medical Center<br>3300 NW Expressway<br>OKC, OK 73112 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 9. | Nathaniel P. Collins Jr, M.D.<br>15611 Kellan Ct.<br>Cypress, TX 77429 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 10. | Floyd K. Goodman, M.D.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 10. | Amber Arnold, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 11. | Lisa Noggle, LPN<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 12. | Autumn Murdock-Culwell, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 13. | Marty Vaughn, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 14. | Stacey White, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 15. | Valerie Rasha, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 16. | Sandra Robbins, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 17. | Cynthia Strange, L.P.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way | | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |

|     | Talihina, OK 74571 | |
| --- | --- | --- |
| 18. | Cheryl Grofield, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 19. | Cynthia Atteberry, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 20. | Cynthia Duncan, L.P.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 21. | Jonathan Brown, RPTA<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 22. | Suzan Abeyta, PT<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 23. | Robin Medlock, R.N.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 24. | Johnny Rodriquez, D.O.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 25. | Anwar N. Barnouti, M.D.<br>Choctaw Nation Hospital<br>1 Choctaw Way<br>Talihina, OK 74571 | Will testify as to the facts and circumstances regarding the treatment and care Plaintiff received. |
| 26. | Joellen Klohn, RNC-OB, C-EFM, LNCC<br>Hill Country Consulting<br>1213 Nicole Lane<br>Fredricksburg, TX 78624 | Defendant's expert witness that will testify regarding standards of care and causation. |
| 27. | All other medical providers of Defendant to be determined once all medical records are received. | |

Plaintiff, Rachel Ainsworth, reserves the right to supplement this Witness List as discovery progresses.

Dated: October 9, 2012

Respectfully submitted,

_____
Jeff Belote, OBA#12213
Law Office of Jeff Belote, PLLC
1308 East Wade Watts Ave., Ste. C
PO Box 1910
McAlester, OK 74502
(918) 423-3344
(918) 423-3349  fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of October, 2012, I electronically filed the foregoing "Plaintiff's Final Witness List" with the Clerk of the Court using the EFC system. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Susan Stidham Brandon, Attorney for the United States of America, Assistant United States Attorney, email: Susan.Brandon@usdoj.gov

_____
Jeff Belote
Attorney for Plaintiff